IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:25 cr 9- FDW

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ALEXANDER JOSUE VIATORO-ARITA,<br>(2) OLVER ANACLETO AMADOR-CALDERON,<br>DEFENDANTS. | BILL OF INDICTMENT<br><br>Violations:<br><br>18 U.S.C. §922(g)(5)(A) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(*Unlawful Possession of a Firearm by an Alien*)

On or about January 14, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**(1) ALEXANDER JOSUE VIATORO-ARITA,**

knowing that he was an alien unlawfully and illegally in the United States, did knowingly and unlawfully possess a firearm, that is, Taurus, Model GC2, 9mm pistol, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

**COUNT TWO**
(*Unlawful Possession of a Firearm by an Alien*)

On or about January 14, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**(2) OLVER ANACLETO AMADOR-CALDERON,**

knowing that he was an alien unlawfully and illegally in the United States, did knowingly and unlawfully possess a firearm, that is, Firearms Import and Export (F.I.E.), Model Titan, .380 caliber pistol, in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The Grand Jury finds probable cause that the following item is subject to forfeiture, in accordance with § 924(d), because it was involved in, used, or intended to be used in the violations alleged in this Superseding Bill of Indictment:

1. A Taurus, Model GC2, 9mm pistol, seized during the course of the investigation.
2. a Firearms Import and Export (F.I.E.), model Titan, .380 caliber pistol, seized during the course of the investigation.

A TRUE BILL:

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY