UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:25-CR-09 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| (2) OLVER ANACLETO AMADOR- | ) | |
| CALDERON, | ) | |
| Defendant. | | |

NOW COMES the United States of America, by and RUSS FERGUSON, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of Defendant's plea agreement and Defendant's plea of guilty.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.     From on or about December 5, 2024, to on or about January 14, 2025, in Mecklenburg County, and within the Western District of North Carolina, the defendant OLVER ANACLETO AMADOR-CALDERON conspired with others to distribute and possess with intent to distribute controlled substances, to wit: more than four-hundred (400) grams of a mixture and substance containing fentanyl.

2.     Specifically, on January 14, 2025, a confidential human source (CHS) purchased 24.99 grams of fentanyl from co-defendant VIATORO-ARITA. VIATORO-ARITA was followed back to a local hotel in Charlotte, North Carolina. Agents made contact with VIATORO and defendant OLVER ANACLETO AMADOR-CALDERON and searched their hotel room.

3.     Inside the hotel room, agents located an additional 313 grams of fentanyl and two ledgers that documented drug sales from December 5, 2024, to January 14, 2025. The ledgers

Case 3:25-cr-00009-MEO-DCK     Document 32     Filed 09/19/25     Page 1 of 2

recorded an additional 104 grams of fentanyl that had been sold that day. A full review of the ledgers indicated that a total of 11,665 grams of fentanyl had been sold by VIATORO-ARITA and AMADOR-CALDERON over that time period.

4. A review of both ARITA and AMADOR-CALDERON's cell phones showed numerous pictures of narcotics.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Superseding Bill of Indictment, and the plea agreement in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Superseding Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____               DATED: 9/18/25
MARK FOSTER
Attorney for Defendant

2